

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | | |
|---|---|---|---|---|
| **Jackson Lewis LLP** | ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH |
| 220 Headquarters Plaza | ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | PROVIDENCE, RI |
| East Tower, 7th Floor | ATLANTA, GA | GREENVILLE, SC | MORRISTOWN, NJ | RALEIGH-DURHAM, NC |
| Morristown, NJ 07960-6834 | AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | RICHMOND, VA |
| Tel 973 538-6890 | BALTIMORE, MD | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| Fax 973 540-9015 | BIRMINGHAM, AL | INDIANAPOLIS, IN | NORFOLK, VA | SAINT LOUIS, MO |
| www.jacksonlewis.com | BOSTON, MA | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| **Richard J. Cino - Managing Partner** | CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SEATTLE, WA |
| | CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | STAMFORD, CT |
| | DALLAS, TX | MEMPHIS, TN | PHOENIX, AZ | TAMPA, FL |
| | DENVER, CO | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | | | PORTLAND, OR | WHITE PLAINS, NY |

CARLA D. MACALUSO
Email Address: macalusc@jacksonlewis.com

April 16, 2013

**VIA ELECTRONIC FILING & FACSIMILE**
The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court for the
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 2C
Newark, NJ 07102

        Re: Patient Care Associates v. Pfizer
          <u>Civil Action No. 13-2065</u>

Dear Judge Dickson:

  We represent Defendant Pfizer Inc. in the above matter. We are writing to respectfully request an extension of time to answer, move or otherwise respond. Defendant's response is currently due on April 23, 2013.[1] To that end, enclosed is a proposed form of order extending Defendant's time to answer, move or otherwise respond to Plaintiff's complaint. Defendant's answer would now be due on May 23, 2013. Plaintiff's counsel consents to this request.

  We thank the Court for its attention to this matter.

        Respectfully submitted,

        JACKSON LEWIS LLP

        <u>s/ Carla D. Macaluso</u>
        Carla D. Macaluso

CDM/lac
Enclosure
cc: Andrew R. Bronsnick (via ECF)

---

[1] Defendants previously obtained an extension to answer pursuant to Local Rule 6.1(b).