

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
Tel 973 538-6890
Fax 973 540-9015
www.jacksonlewis.com
Richard J. Cino - Managing Partner

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | PROVIDENCE, RI |
| ATLANTA, GA | GREENVILLE, SC | MORRISTOWN, NJ | RALEIGH-DURHAM, NC |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | NORFOLK, VA | SAINT LOUIS, MO |
| BOSTON, MA | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | STAMFORD, CT |
| DALLAS, TX | MEMPHIS, TN | PHOENIX, AZ | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | | PORTLAND, OR | WHITE PLAINS, NY |

CARLA D. MACALUSO
Email Address: macalusc@jacksonlewis.com

April 16, 2013

**VIA ELECTRONIC FILING**

Clerk,
United States District Court for the
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 2C
Newark, NJ 07102

                Re:    Patient Care Associates v. Pfizer
                        Civil Action No. 13-2065

Dear Sir/Madam:

      Enclosed for filing is the civil cover sheet in reference to the above matter which was inadvertently omitted from the notice of removal filing on April 2, 2013.

      We thank the Court for its attention to this matter.

                            Respectfully submitted,

                            JACKSON LEWIS LLP

                            s/ Carla D. Macaluso
                            Carla D. Macaluso

CDM/lac
Enclosure
cc:    Andrew R. Bronsnick (via ECF)