JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT PFIZER INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o L.H., <br><br> Plaintiff, <br><br> vs. <br><br> PFIZER; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s). | Civil Action No. 2:13-cv-2065 (CCC)(JAD) <br><br> **NOTICE OF MOTION TO DISMISS THE SECOND AND THIRD COUNTS OF PLAINTIFF'S COMPLAINT** |

TO:  Andrew R. Bronsnick, Esq.
     Massood & Bronsnick, LLC
     50 Packanack Lake Road East
     Wayne, NJ 07470

**PLEASE TAKE NOTICE** that on Monday, June 17, 2013, or as soon thereafter as counsel may be heard, Defendant Pfizer Inc. ("Defendant"), by and through its counsel, Jackson Lewis LLP, will move before this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Second and Third Counts of the Complaint of Plaintiff Patient Care Associates LLC a/s/o L.H., as a matter of law.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, Defendant will rely upon the attached Memorandum of Law and supporting Declaration of Carla D. Macaluso.

                                           Respectfully submitted,

                                           JACKSON LEWIS LLP
                                         220 Headquarters Plaza
                                         East Tower, 7th Floor
                                         Morristown, New Jersey 07960-6834
                                         (973) 538-6890

By:    s/ Carla D. Macaluso
           Carla D. Macaluso
           Janet O. Lee
       ATTORNEYS FOR DEFENDANT
       PFIZER INC.

Dated: May 23, 2013

4825-9977-0644, v. 1